**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marvin D. YOUNG, also known as**
**Marvin Young, Defendant–**
**Appellant.**

**No. 04–30239.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 11, 2004.

Cristina Walker, Assistant U.S. Attorney, Shreveport, LA, for Plaintiff–Appellee.

Thomas C. Damico, Baton Rouge, LA, for Defendant–Appellant.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Marvin D. Young appeals his conditional guilty-plea conviction for conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of powder cocaine. He avers that the district court erred in denying his motion to suppress evidence a result of a search of his residence. Young argues that the district court's finding, that exigent circumstances not manufactured by the Government existed supporting the warrantless entry into his home, is clearly erroneous.

---

The district court's determination that exigent circumstances supported the warrantless entry is not clearly erroneous. *See United States v. Blount,* 123 F.3d 831, 837, 839 (5th Cir.1997) (en banc). The court's finding that officers did not manufacture the exigency also is supported by the evidence introduced at the suppression hearing. *See United States v. Rico,* 51 F.3d 495, 502–03 (5th Cir.1995).

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under